■ In the Matter of WILLIAM WHITE, an Infant, by FRED WHITE et al., His Parents, et al., Respondents, v DELAWARE-CHENANGO BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Appellant.—Appeal from an order of the Supreme Court (Harlem, J.), entered October 27, 1986 in Delaware County, which partially granted petitioners' application pursuant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim.

Order affirmed, without costs, upon the opinion of Justice Robert A. Harlem. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.